**APPENDIX A**

List of Tank Systems subject to the Consent Decree with associated engineering evaluation group numbers and tank system identifiers.

| Consent Decree # | EP Energy ID # | CD Group # | Facility Name |
|---|---|---|---|
| 1 | 3 | 1 | HUTCHINS CHIODO 12-21-22-C5 MULTI-WELL FACILITY |
| 2 | 10 | 1 | DUCHESNE CITY 2-30C4 SINGLE WELL FACILITY |
| 3 | 11 | 1 | DUCHESNE CITY 1-25-26-C5 MULTI-WELL FACILITY |
| 4 | 12 | 1 | GOERGEN 9-13-14-C5 MULTI-WELL FACILITY |
| 5 | 15 | 1 | RODACK 9-20C4 SINGLE WELL FACILITY |
| 6 | 16 | 1 | EP ENERGY 8-22-21-C4 MULTI-WELL FACILITY |
| 7 | 17 | 1 | KT VI PROPERTIES 2-20C4 MULTI-WELL FACILITY |
| 8 | 19 | 1 | SMITH 3-27C4 SINGLE WELL FACILITY |
| 9 | 21 | 1 | REMUND 26-25-C4 MULTI-WELL FACILITY |
| 10 | 24 | 1 | CHIU 2-22C4 SINGLE WELL FACILITY |
| 11 | 26 | 1 | KUSHMAUL 3-23C4 SINGLE WELL FACILITY |
| 12 | 29 | 1 | RETZKE 3-25C4 SINGLE WELL FACILITY |
| 13 | 30 | 1 | RETZKE 2-25C4 SINGLE WELL FACILITY |
| 14 | 33 | 1 | OCHENTA 4-31B4 SINGLE WELL FACILITY |
| 15 | 36 | 1 | PENFIELD 2-10C4 SINGLE WELL FACILITY |
| 16 | 39 | 1 | L BOLTON 1-12A1 SINGLE WELL FACILITY |
| 17 | 40 | 1 | FOUR LP LLC 6-10C4 SINGLE WELL FACILITY |
| 18 | 41 | 1 | LAKE FORK RANCH 1-36B4 SINGLE WELL FACILITY |
| 19 | 42 | 1 | LAKE FORK RANCH 2-36B4 SINGLE WELL FACILITY |
| 20 | 47 | 1 | ERWIN 34-33-B4 MULTI-WELL FACILITY |
| 21 | 49 | 1 | FARNSWORTH 2-17A4 SINGLE WELL FACILITY |
| 22 | 50 | 1 | UTE LB 1-13A3 SINGLE WELL FACILITY |
| 23 | 51 | 1 | REARY 2-17A3 SINGLE WELL FACILITY |
| 24 | 52 | 1 | UTE TRIBAL 2-14A3 SINGLE WELL FACILITY |
| 25 | 53 | 1 | UTE TRIBAL 3-25A3 SINGLE WELL FACILITY |
| 26 | 54 | 1 | UTE TRIBAL 3-13A3 SINGLE WELL FACILITY |
| 27 | 55 | 1 | POWELL 2-13A2 K SINGLE WELL FACILITY |
| 28 | 56 | 1 | CORNABY 2-14A2 SINGLE WELL FACILITY |
| 29 | 57 | 1 | DUNCAN 5-13A2 SINGLE WELL FACILITY |
| 30 | 58 | 1 | MURRAY 2-15A1E SINGLE WELL FACILITY |
| 31 | 59 | 1 | MURRAY 3-2A2 SINGLE WELL FACILITY |
| 32 | 60 | 1 | KILLIAN 3-12A1 SINGLE WELL FACILITY |
| 33 | 61 | 1 | BISEL GURR 4-11A1 SINGLE WELL FACILITY |
| 34 | 62 | 1 | BASTIAN 1-2A1 SINGLE WELL FACILITY |
| 35 | 71 | 1 | FLYING DUTCHMAN 5-18C4 SINGLE WELL FACILITY |
| 36 | 73 | 1 | EP ENERGY 25-26-C5 MULTI-WELL FACILITY |
| 37 | 74 | 1 | EP ENERGY 8-24-23-C5 MULTI-WELL FACILITY |
| 38 | 82 | 1 | REMUND 27-28-C4 MULTI-WELL FACILITY |
| 39 | 104 | 1 | LAKE FORK RANCH 4-35-36-B4 MULTI-WELL FACILITY |
| 40 | 105 | 1 | LAKE FORK RANCH 5-26-25-B4 MULTI-WELL FACILITY |
| 41 | 109 | 1 | THE PERFECT "10" 1-10A1 SINGLE WELL FACILITY |
| 42 | 110 | 1 | MOFFITT TRUST 3-28A4 SINGLE WELL FACILITY |

| 43 | 111 | 1 | LYONS 3-17A3 SINGLE WELL FACILITY |
| --- | --- | --- | --- |
| 44 | 112 | 1 | TEW 1-15A3 MULTI-WELL FACILITY |
| 45 | 114 | 1 | HILL 4-28A1 SINGLE WELL FACILITY |
| 46 | 115 | 1 | EDWARDS 3-33A1 SINGLE WELL FACILITY |
| 47 | 116 | 1 | BLEAZARD 3-8B1E SINGLE WELL FACILITY |
| 48 | 117 | 1 | UTE TRIBAL 3-34A1 SINGLE WELL FACILITY |
| 49 | 119 | 1 | MURRAY 3-27A1E SINGLE WELL FACILITY |
| 50 | 121 | 1 | HORROCKS 2-4A1 T SINGLE WELL FACILITY |
| 51 | 122 | 1 | UTE TRIBAL 4-34A1E SINGLE WELL FACILITY |
| 52 | 136 | 1 | EP ENERGY 8-13-14-C5 MULTI-WELL FACILITY |
| 53 | 158 | 1 | ALPINE RANCH MULTI-WELL FACILITY (34-33 BATTERY) |
| 54 | 172 | 1 | UTE TRIBAL 2-13A3 SINGLE WELL FACILITY |
| 55 | 173 | 1 | BOREN 3-11A2 SINGLE WELL FACILITY |
| 56 | 178 | 1 | ALLRED TRUST 2-31A1E SINGLE WELL FACILITY |
| 57 | 204 | 1 | LAWRENCE 1-30B4 MULTI-WELL FACILITY |
| 58 | 205 | 1 | EP ENERGY 12-7-8-C4 MULTI-WELL FACILITY |
| 59 | 216 | 1 | MOOSE HOLLOW 9-24-23-C5 MULTI-WELL FACILITY |
| 60 | 226 | 1 | ALPINE RANCH MULTI-WELL FACILITY (35-36 BATTERY) |
| 61 | 238 | 1 | MONSEN 1-21A3 MULTI-WELL FACILITY |
| 62 | 245 | 1 | BLEAZARD 2-8B1E SINGLE WELL FACILITY |
| 63 | 2 | 2 | THOMAS 1-33C4 SINGLE WELL FACILITY |
| 64 | 5 | 2 | CIRCLE B 4-3C5 SINGLE WELL FACILITY |
| 65 | 6 | 2 | MILLETT 2-14C5 SINGLE WELL FACILITY |
| 66 | 8 | 2 | WHITE TRUST 3-23C5 SINGLE WELL FACILITY |
| 67 | 9 | 2 | MOON 3-25C5 SINGLE WELL FACILITY |
| 68 | 13 | 2 | BAGLEY 4-19C4 SINGLE WELL FACILITY |
| 69 | 14 | 2 | BULLOCK 4-17C4 SINGLE WELL FACILITY |
| 70 | 18 | 2 | OSTLER 7-20C4 SINGLE WELL FACILITY |
| 71 | 20 | 2 | FLYING DUTCHMAN 3-21C4 SINGLE WELL FACILITY |
| 72 | 22 | 2 | TOMLINSON-BERRETT 4-7C4 SINGLE WELL FACILITY |
| 73 | 23 | 2 | ALBA 1-21C4 SINGLE WELL FACILITY |
| 74 | 25 | 2 | WOLLMAN 2-23C4 SINGLE WELL FACILITY |
| 75 | 27 | 2 | HUBER TRUST 4-23C4 SINGLE WELL FACILITY |
| 76 | 28 | 2 | RETZKE 4-25C4 SINGLE WELL FACILITY |
| 77 | 32 | 2 | KOZAR 1-4C4 SINGLE WELL FACILITY |
| 78 | 34 | 2 | BUTTE 5-5C4 SINGLE WELL FACILITY |
| 79 | 35 | 2 | THOMAS 3-4C4 SINGLE WELL FACILITY |
| 80 | 37 | 2 | ALPINE RANCH 3-35B4 SINGLE WELL FACILITY |
| 81 | 38 | 2 | KOUMBIS 1-10C4 SINGLE WELL FACILITY |
| 82 | 43 | 2 | LAKE FORK RANCH 4-25B4 SINGLE WELL FACILITY |
| 83 | 44 | 2 | LAKE FORK RANCH 3-26B4 SINGLE WELL FACILITY |
| 84 | 45 | 2 | BADGER-SAM H U MONGUS 1-15A1 SINGLE WELL FACILITY |
| 85 | 46 | 2 | BROTHERSON 2-26B4 SINGLE WELL FACILITY |
| 86 | 48 | 2 | ALPINE RANCH 3-34B4 SINGLE WELL FACILITY |
| 87 | 70 | 2 | KARREN TRUST 4-30C4 SINGLE WELL FACILITY |
| 88 | 78 | 2 | KRATZER 1-27C4 SINGLE WELL FACILITY |

| | | | |
|---|---|---|---|
| 89 | 79 | 2 | HORROCKS 2-35A1E SINGLE WELL FACILITY |
| 90 | 81 | 2 | MOON 3-32C4 SINGLE WELL FACILITY |
| 91 | 83 | 2 | FAUST 5-7C4 SINGLE WELL FACILITY |
| 92 | 84 | 2 | MCNEILL 4-8C4 SINGLE WELL FACILITY |
| 93 | 85 | 2 | CAHAL 4-15C4 SINGLE WELL FACILITY |
| 94 | 86 | 2 | MOON 3-15C4 SINGLE WELL FACILITY |
| 95 | 87 | 2 | MOON 1-14C4 SINGLE WELL FACILITY |
| 96 | 88 | 2 | WOODWARD 4-14C4 SINGLE WELL FACILITY |
| 97 | 89 | 2 | MOORE 1-23C4 SINGLE WELL FACILITY |
| 98 | 90 | 2 | RETZKE 1-25C4 SINGLE WELL FACILITY |
| 99 | 101 | 2 | LAKE FORK RANCH 3-10B4 SINGLE WELL FACILITY |
| 100 | 102 | 2 | LAKE FORK RANCH 3-25B4 SINGLE WELL FACILITY |
| 101 | 106 | 2 | BROTHERSON 1-25B4 MULTI-WELL FACILITY |
| 102 | 108 | 2 | FREEMAN 4-16B4 SINGLE WELL FACILITY |
| 103 | 113 | 2 | UTE TRIBAL 3-26A3 SINGLE WELL FACILITY |
| 104 | 118 | 2 | BRIGHTON 3-31A1E SINGLE WELL FACILITY |
| 105 | 120 | 2 | OBERHANSLY 3-11A1 SINGLE WELL FACILITY |
| 106 | 123 | 2 | UTE TRIBAL 3-34A1E SINGLE WELL FACILITY |
| 107 | 147 | 2 | HISLOP 3-8C4 SINGLE WELL FACILITY |
| 108 | 166 | 2 | ROWLEY 3-16B4 SINGLE WELL FACILITY |
| 109 | 167 | 2 | STEVENSON 2-25A5 SINGLE WELL FACILITY |
| 110 | 169 | 2 | STEVENSON FAMILY TRUST 3-29A4 SINGLE WELL FACILITY |
| 111 | 174 | 2 | RRS THUNDERDOME 3-7B1E SINGLE WELL FACILITY |
| 112 | 175 | 2 | MCMULLIN 3-6B1E SINGLE WELL FACILITY |
| 113 | 176 | 2 | YOUNG 3-36A1 SINGLE WELL FACILITY |
| 114 | 177 | 2 | NELSON 1-31A1E SINGLE WELL FACILITY |
| 115 | 179 | 2 | FEDERAL 2-28E19E SINGLE WELL FACILITY |
| 116 | 180 | 2 | NEIHART 2-2C5 SINGLE WELL FACILITY |
| 117 | 181 | 2 | MURRAY 3-22A1E SINGLE WELL FACILITY |
| 118 | 184 | 2 | HOUSTON 1-34Z1 SINGLE WELL FACILITY |
| 119 | 185 | 2 | MCMULLIN 4-36A1 SINGLE WELL FACILITY |
| 120 | 186 | 2 | UTE TRIBAL 2-26A1 SINGLE WELL FACILITY |
| 121 | 200 | 2 | FAIRCLOUGH 4-20C4 MULTI-WELL FACILITY |
| 122 | 231 | 2 | FERRARINI 3-27B4 SINGLE WELL FACILITY |
| 123 | 243 | 2 | DYE 3-28A1 SINGLE WELL FACILITY |
| 124 | 1 | 3 | MERKLEY 1-32C4 SINGLE WELL FACILITY |
| 125 | 4 | 3 | OWL & HAWK 2-21C5 SINGLE WELL FACILITY |
| 126 | 7 | 3 | WHITE 3-14C5 SINGLE WELL FACILITY |
| 127 | 31 | 3 | DW LANDFILL 3-33B4 SINGLE WELL FACILITY |
| 128 | 65 | 3 | OWL & HAWK 3-21C5 SINGLE WELL FACILITY |
| 129 | 66 | 3 | WHITE 2-23C5 SINGLE WELL FACILITY |
| 130 | 67 | 3 | PHILLIPS TRUST 3-3C5 SINGLE WELL FACILITY |
| 131 | 69 | 3 | MOON 5-31C4 SINGLE WELL FACILITY |
| 132 | 72 | 3 | OLSEN 4-18C4 SINGLE WELL FACILITY |
| 133 | 75 | 3 | FLANNERY 3-20C4 SINGLE WELL FACILITY |
| 134 | 76 | 3 | EUGSTER 2-28C4 SINGLE WELL FACILITY |

| | | | |
|---|---|---|---|
| 135 | 77 | 3 | MATERN TRUST 4-21C4 SINGLE WELL FACILITY |
| 136 | 80 | 3 | HAGGARD 2-16C4 SINGLE WELL FACILITY |
| 137 | 91 | 3 | BOURNAKIS 3-18B4 SINGLE WELL FACILITY |
| 138 | 92 | 3 | H D LANDY 1-30A1E SINGLE WELL FACILITY |
| 139 | 93 | 3 | KATHERINE 3-29B4 SINGLE WELL FACILITY |
| 140 | 94 | 3 | GOLINSKI 1-8C4 SINGLE WELL FACILITY |
| 141 | 95 | 3 | DW LANDFILL 4-32B4 SINGLE WELL FACILITY |
| 142 | 96 | 3 | ADELMAN 2-4C4 SINGLE WELL FACILITY |
| 143 | 97 | 3 | ARONCO 4-4C4 SINGLE WELL FACILITY |
| 144 | 98 | 3 | KUSHMAUL 5-10C4 SINGLE WELL FACILITY |
| 145 | 99 | 3 | SPRATT 3-26B5 SINGLE WELL FACILITY |
| 146 | 100 | 3 | UDOT 2-1C5 SINGLE WELL FACILITY |
| 147 | 103 | 3 | LAKE FORK RANCH 4-2B4 SINGLE WELL FACILITY |
| 148 | 107 | 3 | BROTHERSON 2-15B4 SINGLE WELL FACILITY |
| 149 | 130 | 3 | MOON 3-31C4 SINGLE WELL FACILITY |
| 150 | 131 | 3 | MOON 3-30C4 SINGLE WELL FACILITY |
| 151 | 132 | 3 | DUCHESNE CITY 2-25C5 SINGLE WELL FACILITY |
| 152 | 133 | 3 | FLYING DUTCHMAN 1-24C5 SINGLE WELL FACILITY |
| 153 | 135 | 3 | DUCHESNE CITY 3-19C4 SINGLE WELL FACILITY |
| 154 | 137 | 3 | SILVER 5-20C4 SINGLE WELL FACILITY |
| 155 | 138 | 3 | FLYING DUTCHMAN 5-17C4 SINGLE WELL FACILITY |
| 156 | 139 | 3 | ANDERSON 2-21C4 SINGLE WELL FACILITY |
| 157 | 140 | 3 | HOGGE 3-16C4 SINGLE WELL FACILITY |
| 158 | 141 | 3 | MOON 2-33C4 SINGLE WELL FACILITY |
| 159 | 142 | 3 | MOON 3-33C4 SINGLE WELL FACILITY |
| 160 | 143 | 3 | YOUNG 1-12C5 SINGLE WELL FACILITY |
| 161 | 144 | 3 | WILSON 1-18C4 SINGLE WELL FACILITY |
| 162 | 145 | 3 | VASQUEZ 3-7C4 SINGLE WELL FACILITY |
| 163 | 146 | 3 | CHESTNUT 3-17C4 SINGLE WELL FACILITY |
| 164 | 148 | 3 | VANDERPLAATS TRUST 4-16C4 SINGLE WELL FACILITY |
| 165 | 149 | 3 | FLYING DUTCHMAN 1-13C5 SINGLE WELL FACILITY |
| 166 | 161 | 3 | LAKE FORK RANCH 4-24B4 SINGLE WELL FACILITY |
| 167 | 162 | 3 | LAKE FORK RANCH 4-14B4 SINGLE WELL FACILITY |
| 168 | 163 | 3 | LAKE FORK RANCH 4-23B4 SINGLE WELL FACILITY |
| 169 | 164 | 3 | LAKE FORK RANCH 4-15B4 SINGLE WELL FACILITY |
| 170 | 165 | 3 | BADGER MR BOOM BOOM 2-29A1 SINGLE WELL FACILITY |
| 171 | 168 | 3 | BROTHERSON 4-31A4 SINGLE WELL FACILITY |
| 172 | 170 | 3 | UTE-FEE 2-33C6 SINGLE WELL FACILITY |
| 173 | 171 | 3 | YOUNG 3-15A3 SINGLE WELL FACILITY |
| 174 | 182 | 3 | HAMAKER 3-25A1 SINGLE WELL FACILITY |
| 175 | 188 | 3 | BOLTON 2-29A1E SINGLE WELL FACILITY |
| 176 | 202 | 3 | BELL 3-28C4 SINGLE WELL FACILITY |
| 177 | 212 | 3 | AYERS TRUST 2-15C4 SINGLE WELL FACILITY |
| 178 | 213 | 3 | EPLEY 1-15C4 SINGLE WELL FACILITY |
| 179 | 214 | 3 | JENKINS 3-14C4 SINGLE WELL FACILITY |
| 180 | 221 | 3 | FAUST 5-1C5 SINGLE WELL FACILITY |

| | | | |
|---|---|---|---|
| 181 | 223 | 3 | THORNE 3-31B4 SINGLE WELL FACILITY |
| 182 | 237 | 3 | BISEL GURR 11-1 SINGLE WELL FACILITY |
| 183 | 240 | 3 | VAN WYCK 2-24C5 SINGLE WELL FACILITY |
| 184 | 241 | 3 | UTAH ST UTE 1-35A1 SINGLE WELL FACILITY |
| 185 | 246 | 3 | DYE 4-27A1 SINGLE WELL FACILITY |
| 186 | 63 | 4 | CIRCLE 3 RANCH 2-6D6 SINGLE WELL FACILITY |
| 187 | 64 | 4 | HUTCHINS/CHIODO 3-20C5 SINGLE WELL FACILITY |
| 188 | 68 | 4 | DWR 4-32B5 SINGLE WELL FACILITY |
| 189 | 124 | 4 | BBC 4-20C5 SINGLE WELL FACILITY |
| 190 | 125 | 4 | DUCHESNE LAND 4-10C5 SINGLE WELL FACILITY |
| 191 | 126 | 4 | CIRCLE B 2-3C5 SINGLE WELL FACILITY |
| 192 | 127 | 4 | WRIGHT 2-26C5 SINGLE WELL FACILITY |
| 193 | 128 | 4 | SHEPARD 5-2C5 SINGLE WELL FACILITY |
| 194 | 129 | 4 | BROADHEAD 1-21B6 SINGLE WELL FACILITY |
| 195 | 134 | 4 | FLYING DUTCHMAN 18-17 C4 MULTI-WELL FACILITY |
| 196 | 150 | 4 | SPRATT 3-32B4 SINGLE WELL FACILITY |
| 197 | 151 | 4 | MIYA 3-6C4 SINGLE WELL FACILITY |
| 198 | 152 | 4 | WINSLOW 4-1C5 SINGLE WELL FACILITY |
| 199 | 153 | 4 | HEWETT 2-6C4 SINGLE WELL FACILITY |
| 200 | 154 | 4 | KOZAR 2-5C4 SINGLE WELL FACILITY |
| 201 | 155 | 4 | EL PASO 3-5C4 SINGLE WELL FACILITY |
| 202 | 156 | 4 | PENFIELD 2-8C4 SINGLE WELL FACILITY |
| 203 | 157 | 4 | OCAMPO 4-9C4 SINGLE WELL FACILITY |
| 204 | 159 | 4 | ADELMAN 5-9C4 SINGLE WELL FACILITY |
| 205 | 160 | 4 | FARNSWORTH 3-1C5 SINGLE WELL FACILITY |
| 206 | 183 | 4 | BISEL-GURR 2-11A1 SINGLE WELL FACILITY |
| 207 | 187 | 4 | BRADLEY 1-23A1 SINGLE WELL FACILITY |
| 208 | 189 | 4 | CEDAR RIM 10-A-15C6 SINGLE WELL FACILITY |
| 209 | 190 | 4 | OWL & HAWK 3-16C5 SINGLE WELL FACILITY |
| 210 | 191 | 4 | PAULSEN 2-15C5 SINGLE WELL FACILITY |
| 211 | 192 | 4 | WHITE 1-23C5 SINGLE WELL FACILITY |
| 212 | 193 | 4 | EL PASO 4-29B5 SINGLE WELL FACILITY |
| 213 | 194 | 4 | POTTER 4-27B5 SINGLE WELL FACILITY |
| 214 | 195 | 4 | CARMAN 2-36C5 SINGLE WELL FACILITY |
| 215 | 196 | 4 | POULSON 4-31C4 SINGLE WELL FACILITY |
| 216 | 197 | 4 | DUCHESNE CITY 2-19C4 SINGLE WELL FACILITY |
| 217 | 198 | 4 | EP ENERGY 1-19C4 SINGLE WELL FACILITY |
| 218 | 199 | 4 | FLYING DUTCHMAN 3-18C4 SINGLE WELL FACILITY |
| 219 | 201 | 4 | ROSEMARY LLOYD 1-24A1E SINGLE WELL FACILITY |
| 220 | 203 | 4 | MOON 2-27C4 SINGLE WELL FACILITY |
| 221 | 206 | 4 | EP ENERGY 4-12C5 SINGLE WELL FACILITY |
| 222 | 207 | 4 | YOUNG 2-7C4 SINGLE WELL FACILITY |
| 223 | 208 | 4 | MARQUEZ 2-17C4 SINGLE WELL FACILITY |
| 224 | 209 | 4 | JENSEN 2-9C4 SINGLE WELL FACILITY |
| 225 | 210 | 4 | TAYLOR 3-9C4 SINGLE WELL FACILITY |
| 226 | 211 | 4 | KUSHMAUL 1-16C4 SINGLE WELL FACILITY |

| | | | |
|---|---|---|---|
| 227 | 215 | 4 | THIEBAUD 2-14C4 SINGLE WELL FACILITY |
| 228 | 217 | 4 | PECK 3-13B5 SINGLE WELL FACILITY |
| 229 | 218 | 4 | GOLINSKI 4-24B5 SINGLE WELL FACILITY |
| 230 | 219 | 4 | CASE 2-31B4 SINGLE WELL FACILITY |
| 231 | 220 | 4 | ALLEN 4-25B5 SINGLE WELL FACILITY |
| 232 | 222 | 4 | YOUNG 4-6C4 SINGLE WELL FACILITY |
| 233 | 224 | 4 | DUCHESNE COUNTY 4-5C4 SINGLE WELL FACILITY |
| 234 | 225 | 4 | ASAY E J 1-20A1 SINGLE WELL FACILITY |
| 235 | 227 | 4 | REBEL 3-35B5 SINGLE WELL FACILITY |
| 236 | 228 | 4 | LAKE FORK RANCH 3-24B4 SINGLE WELL FACILITY |
| 237 | 229 | 4 | LAKE FORK RANCH 4-13B4 SINGLE WELL FACILITY |
| 238 | 230 | 4 | LAKE FORK 2-13B4 SINGLE WELL FACILITY |
| 239 | 232 | 4 | EL PASO 4-21B4 SINGLE WELL FACILITY |
| 240 | 233 | 4 | HUNT 1-21B4 SINGLE WELL FACILITY |
| 241 | 234 | 4 | EL PASO 3-21B4 SINGLE WELL FACILITY |
| 242 | 235 | 4 | ALLEN 3-7B4 SINGLE WELL FACILITY |
| 243 | 236 | 4 | MILES 3-12B5 SINGLE WELL FACILITY |
| 244 | 239 | 4 | MAGDALENE PAPADOPULOS 1-34A1E SINGLE WELL FACILITY |
| 245 | 242 | 4 | POWELL 2-19A1 K SINGLE WELL FACILITY |
| 246 | 244 | 4 | DUNCAN 2-34A1 SINGLE WELL FACILITY |