THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF UTAH, on behalf of the UTAH DEPARTMENT OF ENVIRNOMENTAL QUALITY, UTAH DIVISION OF AIR QUALITY,<br><br>Plaintiffs,<br><br>v.<br><br>EP ENERGY E&P COMPANY, L.P.,<br><br>Defendant. | **FINAL JUDGMENT AND CONSENT DECREE**<br><br>Case No. 2:22-cv-00225-DBB-JCB<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED that, for the reasons stated in the Unopposed Motion to Enter Consent Decree,[1] and pursuant to the consent of the parties, the court enters the attached Consent Decree in this case. Each party shall bear its own costs and attorney fees. The Clerk of Court is directed to close the case.

Signed June 9, 2022.

BY THE COURT

David Barlow
United States District Judge

---

[1] ECF No. 7, filed June 2, 2022.